**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **KENNETH WADE LYNCH,** )<br>    Plaintiff,                            )<br>                                              )<br>v.                                           )<br>                                              )<br>**THE PRESIDENT OF THE U.S. OBAMA,** )<br>    Defendant.                            ) | Civil No. 7:09-CV-135-O |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge (Doc. # 5) in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 30th day of September, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**